————————o————————

## No. 6113.

## VICTOR O. GROSZ vs. SYLVIAN BAGNERIS.

### Syllabus.

Involves only issues of fact.

Appeal from the Civil District Court for the Parish of Orleans, Division "C," No. 104,941. Hon. E. K. Skinner, Judge.

E. P. Foley, for plaintiff and appellee.

Sullivan, Landry & Heath, for defendant and appellant.

His Honor, JOHN ST. PAUL, rendered the opinion and decree of the Court, as follows:

This is a suit upon a promissory note. The defense is failure of consideration; to-wit, that the note was given for other notes not surrendered by plaintiff and usurious interest thereon.

Plaintiff swears however that the matters set up in defense have nothing whatever to do with note sued on, which was given for actual money loaned; and he is corroborated by checks which he produces.

The evidence is conflicting, but the trial Judge, who saw and heard the witnesses, found for plaintiff, and his judgment seems correct.

Judgment affirmed.

Opinion and decree, June 1st, 1914.

Rehearing refused, June 30th, 1914.

Writ denied, October 23rd, 1914.